# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ZACHARY THOMAS SPADA,　　　　　　　：　No. 2 WAP 2022
　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　Appellant　　　　：　Appeal from the Order of the
　　　　　　　　　　　　　　　　　　：　Commonwealth Court entered
　　　　　v.　　　　　　　　　　　　：　January 5, 2022 at No. 283 MD
　　　　　　　　　　　　　　　　　　：　2021.
　　　　　　　　　　　　　　　　　　：
THEODORE JOHNSON, CHAIRMAN,　　　：
PENNSYLVANIA PAROLE BOARD,　　　　：
　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　Appellees　　　　：

## ORDER

**PER CURIAM**

　　　　**AND NOW,** this 21st day of March, 2023, the order of the Commonwealth Court is

**AFFIRMED**.